apparent to this court that there was any such abuse of discretion in granting the injunction as to require or justify a reversal; the plaintiff in error not having briefed the evidence nor made any *bona fide* attempt to brief it, but having brought to this court lengthy documents containing much needless and irrelevant matter.          *Judgment affirmed.*

April 9, 1894. Argued at the last term.

Injunction. Before Judge JENKINS. Putnam county. October 23, 1893.

W. B. & S. T. WINGFIELD, for plaintiff in error.
JOSEPH S. TURNER, *contra.*

---

SAMUELS *v.* LANGFELD BROTHERS & COMPANY *et al.*

Under the facts in evidence, there was no abuse of discretion in granting an injunction and appointing a receiver.

June 11, 1894. Argued at the last term.      *Judgment affirmed.*

Injunction and receiver. Before Judge LUMPKIN. Fulton county. January 27, 1894.

JOHN C. REED, MORD FOOTE, Jr., and GOODWIN & WESTMORELAND, for plaintiff in error. N. J. & T. A. HAMMOND, CANDLER & THOMSON and MARSHALL J. CLARKE, *contra.*

---

REYNOLDS *v.* DUNLAP & WORTHAM *et al.*

Upon the facts in evidence, the court did not err in refusing the injunction prayed for.      *Judgment affirmed.*

June 11, 1894.

Petition for injunction, etc. Before Judge BARTLETT. Bibb county. February 6, 1894.

R. D. SMITH, for plaintiff.
L. D. MOORE, for defendants.